IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| WILLIAM JOSEPH LOVETT, | : | |
| --- | --- | --- |
| Plaintiff, | : | |
| v. | : | Civil Action No. 7:10-CV-61 (HL) |
| LLOYD BISHOP CLARK III and BLAKE KENNETH JONES, | : | |
| Defendants. | : | |

## ORDER

Before the Court is the joint motion to extend discovery and other motions deadlines (Doc. 12). For the following reasons, the parties are ordered to supplement their motion.

This is a personal injury suit where the Plaintiff claims he was shot in the face by the Defendant Lloyd Bishop Clark, III. The Defendants are charged in Superior Court with committing various criminal offenses arising out of the shooting. The parties were advised by the District Attorney's office prosecuting the criminal cases that the criminal trials will not occur before May 2011. The Court is concerned that the parties will file motion upon motion to extend discovery. There is no information before the Court explaining when the parties anticipate the criminal trials will conclude.

To avoid numerous discovery extensions, the parties are to supplement their motion and explain to the Court, in writing, when they believe that all the criminal cases are to conclude. The supplement to their motion must be filed no later than Friday March 18, 2011.

**SO ORDERED**, this the 15th day of March, 2011.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

lmc