IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

WILLIAM JOSEPH LOVETT, :
:
    Plaintiff, :
:
v. : Civil Action No.
: 7:10-CV-61 (HL)
LLOYD BISHOP CLARK, III and BLAKE :
KENNETH JONES, :
:
    Defendants. :
_____ :

# ORDER

Before the Court are the parties' joint motion to extend the discovery period (Doc. 14) and their amended motion to extend the discovery period (Doc. 16). For the following reasons, the motions are granted.

The Plaintiff's complaint alleges that he was shot in the face by Defendant Lloyd Bishop Clark, III. The Defendants are charged in the Superior Court of Brooks County of committing various criminal offenses arising out of the shooting. As a result, the Defendants asserted their Fifth Amendment right against self incrimination and refused to answer questions about the shooting during their depositions in the civil case.

Discovery is scheduled to end on April 21, 2011. According to the parties' amended motion, the criminal cases are set on the Superior Court of Brooks County May 16, 2011 trial calendar. Once the criminal trials are completed, the risk of self incrimination should be eliminated. The best course of action is to extend the discovery period until the criminal trials conclude in May 2011.

Accordingly, the motion to extend discovery and motions deadlines is granted. The scheduling and discovery order (Doc. 11) is amended. The amended order now states:

(1) Discovery will close on July 1, 2011.

(2) All motions to join other parties or to otherwise amend the pleadings shall be filed on or before August 1, 2011.

(3) All dispositive motions shall be filed on or before August 15, 2011.

(4) All Daubert motions must be filed on or before August 1, 2011.

In the event that the criminal trials are not concluded in sufficient time before the July discovery deadline, the parties must contact the Court.

**SO ORDERED**, this the 18th day of March, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc